IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEX PEARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 3:00-cv-827-DGW |
| | ) |
| KRISTEN TERRY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the issue of trial transcripts. The plaintiff, Alex Pearson, is now proceeding *pro se* and *in forma pauperis*. Cross appeals have been filed in this matter. This Court has declined to certify this matter as not taken in good faith and the trial transcript will be relevant to the issues on appeal. Therefore, pursuant to 28 U.S.C. 753(f) and in the interests of Justice, the Court **ORDERS** the court reporter to prepare and file the transcripts and the United States **SHALL** pay the fees for the transcript.

**DATED: August 16, 2005**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**
